IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AIR ENERGY GLOBAL, INC.,

Plaintiff,

v.

NAPOLEON GRIER, BERT PADELL,
NAPOLEON GRIER ENTERPRISES,
INC., and BRUCE BALDINGER,

Defendants.                                               No. 12-cv-875-DRH-SCW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiff, Air Energy Global ("AEG")'s motion for leave to amend complaint (Doc. 54). Based on recent discovery provided, AEG seeks to add new parties and new claims to its complaint. The Court hereby **GRANTS** AEG's motion for leave to file amended complaint.

**IT IS HEREBY ORDERED** that defendants Padell's and Baldinger's motions to dismiss or transfer venue (Docs. 8 & 13 respectively) are **DENIED** as moot, and may be refiled based on the second amended complaint.

**IT IS SO ORDERED.**

Signed this 13th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.13
16:09:49 -05'00'

Chief Judge
United States District Court