# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AIR ENERGY GLOBAL, INC.,**

    **Plaintiff,**

vs.                                                       No.   3:12-cv-00875-DRH-SCW

**NAPOLEON GRIER, et al.,**

    **Defendants.**

## ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on defendant Bert Padell's ("Padell") combined motion to dismiss defendants Napoleon Grier ("Grier") and Napoleon Grier Enterprises, Inc. ("NGE") and motion to dismiss for lack of prosecution ("combined motion") (Doc. 70). In his combined motion, Padell asserts that Grier and NGE should be dismissed because plaintiff did not obtain service on these defendants within 120 days after the filing of the complaint. Plaintiff Air Energy Global, Inc. ("AEG") responded arguing that the Court should allow additional time for service because good cause exists in this case. Specifically that it has been unable to locate Grier and, perhaps, that "Grier is consciously eluding service" (Doc. 74 at 3).

    Federal Rule of Civil Procedure 4(m) provides that if service is not made upon the defendants within 120 days after the filing of the complaint, the court must dismiss the action without prejudice. However, "if the plaintiff shows good

cause for the failure, the court *must* extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m) (emphasis added). Absent a finding of good cause, the Court may also grant an extension at its discretion. *Panaras v. Liquid Carbonic Industries Corp.*, 94 F.3d 338, 340-41 (7th Cir. 1996).

The Court finds that the plaintiff has shown good cause in this case. Prior to the filing of the combined motion, AEG had made numerous attempts to serve Grier. Service has also been a point of discussion in at least two of the status conferences held before Magistrate Judge Stephen C. Williams (Doc. 73, 77). NGE was ultimately served on June 1, 2013 through its President, Padell (Doc. 79) and, after obtaining leave from the Court (Doc. 95), Grier was served via email on September 12, 2013 (Doc. 101). While the Court cannot assuredly say that the defendants were evading service, it is clear that AEG went to extraordinary lengths to effect service on these defendants. Further, AEG ultimately turned to the Court to obtain relief, demonstrating diligence on its part.

Accordingly, the Court **DENIES** defendant Bert Padell's combined motion to dismiss defendants Napoleon Grier and Napoleon Grier Enterprises, Inc. and motion to dismiss for lack of prosecution (Doc. 70).

**IT IS SO ORDERED.**
Signed this 4th day of December, 2013.

David R. Herndon
2013.12.04
15:06:33 -06'00'

**Chief Judge**
**United States District Court**